DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NOEL VINCENT THOMAS,

Appellant,

V.

ALABAMA DEPARTMENT OF INSURANCE; JAMES FINN;
DUSTY SMITH; NORTH CAROLINA DEPARTMENT OF
INSURANCE; JOHN HOOMANI; MICHAEL L. LAWRENCE;
and STACIA COOPER,

Appellees.

No. 2D2025-0809

_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Noel Vincent Thomas, pro se.

D. Michelle Cone, Alabama Assistant Attorney General, Montgomery,
Alabama, for Appellees Alabama Department of Insurance, James Finn,
and Dusty Smith.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.